**Petition Dismissed, Appeal Dismissed, and Memorandum Opinion filed June 4, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00295-CV

---

**KHYATI UNDAVIA, MINU RX LTD, AND MINU GP, LLC, Appellants**

**V.**

**AVANT MEDICAL GROUP, P.A. D/B/A INTERVENTIONAL SPINE ASSOCIATES AND BRETT L. GARNER D/B/A ALLIED MEDICAL CENTERS, Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2014-22186**

---

## M E M O R A N D U M   O P I N I O N

Appellants Khyati Undavia, Minu RX, Ltd., and MINU GP, LLC bring this permissive interlocutory appeal of the March 20, 2015 partial denial of their motion for summary judge in favor appellees Avant Medical Group, P.A. d/b/a Interventional Spine Associates and Brett L. Garner d/b/a Allied Medical Centers.

*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West 2015).

On March 20, 2015, the trial court signed the order granting appellants' motion for permission to appeal the order partially denying their motion for summary judgment. Relators filed their petition for permission to appeal the March 20, 2015 order in this court. Subsequently, on April 24, 2015, the trial court signed an amended order, superseding the March 20, 2015 order. The April 24, 2015 order renders the petition for permission to appeal and this appeal moot.

Accordingly, we dismiss the petition and the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.